# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128794

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN WATERS,
　　　　　Plaintiff,

v

SC: 128794
AGC: 3467/04

ATTORNEY GRIEVANCE COMMISSION,
　　　　　Defendant.

_____/

　　　　On order of the Court, the complaint for superintending control is considered. Relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024